David J. Linden, Attorney at Law
Linden & Cottrell
CSBN 41221
Post Office Box 5780
Napa. CA 94581
Tel. (707) 252-7007/ Fax. (707)252-7883
Email: david@lindencottrell.com
Attorney for Plaintiff, Christopher W. Gilbert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM GILBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SSA COMMISSIONER,<br><br>　　　　Defendant | Case No.: 3:25-cv-07397-TSH<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S SEPARATE STATEMENT OF THE ADMINISTRATIVE RECORD AND PLAINTIFF'S BRIEF IN SOCIAL SECURITY ACTION |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to approval of the Court, that the plaintiff's time to file his Separate Statement of Administrative Record and his Brief in Social Security Action herein is extended for a period of thirty days, from Wednesday, December 17, 2025, to Friday, January 16, 2026.

　　　　This extension request is due to the size of the record in this matter, the time necessary to prepare separate documents for filing, workload demands on other matters, and end of the year family commitments.

GILBERT V. C.O.S.S., CASE 3:25-CV-07397-TSH, STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S SEPARATE STATEMENT OF THE ADMINISTRATIVE RECORD AND PLAINTIFF'S BRIEF IN SOCIAL SECURITY ACTION - 1

Dated: December 12, 2025     /s/ David J. Linden
DAVID J. LINDEN
Attorney at Law
Attorney for Plaintiff

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

Dated: December 12, 2025     /s/ Erin Highland*
ERIN HIGHLAND, (GA Bar No. 153550)
Special Assistant U.S. Attorney
Attorneys for Defendant

*Signature approval by email 12/12/2025

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 15, 2025

THOMAS S. HIXSON
United States Magistrate Judge

GILBERT V. C.O.S.S., CASE 3:25-CV-07397-TSH, STIPULATION AND (PROPOSED) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S SEPARATE STATEMENT OF THE ADMINISTRATIVE RECORD AND PLAINTIFF'S BRIEF IN SOCIAL SECURITY ACTION - 2