CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTOPHER W. GILBERT,

       Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:25-cv-07397-TSH

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME**

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 10, 2026, to March 12, 2026, to respond to Plaintiff's opening brief.

    This is Defendant's first request for an extension of time and good cause exists for this extension. Upon review of Plaintiff's brief and the transcript, I require more time to consult with my client and possibly Plaintiff regarding settlement options in this case and to file a responsive brief absent settlement. I also have 10 district court briefs due between February 2, 2026 and

February 19, 2026. In addition, I have planned leave for February 5, 2026 and February 9, 2026. Defendant's counsel is also a part-time attorney and does not work a 40-hour week. Thus, counsel needs additional time to consult with the client.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated:  February 4, 2026

*/s/ David J. Linden*
DAVID J. LINDEN
(*as authorized via email)
Attorney for Plaintiff

Dated:  February 4, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1

By: s/ *Erin Highland*
Erin Highland
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 4, 2026

THE HONORABLE THOMAS S. HIXSON

Stip. to Extend Time & ~~Prop.~~ Order                2                Case No. 3:25-cv-07397-TSH

United States Magistrate Judge