David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.    (707) 252-7883
Email - david@lindencottrell.com
Attorney for Plaintiff, Christopher W. Gilbert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER W. GILBERT, | ) Case No.: 3:25-cv-07397-TSH |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) FOR THE AWARD OF ATTORNEY'S FEES |
| vs. | ) PURSUANT TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT, 28 U.S.C. § 2412(d) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of Twenty-Five Thousand Dollars ($25,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to David J. Linden. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to David J. Linden, pursuant to any assignment executed by Plaintiff.   Any payments made shall be delivered to David J. Linden.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated:  June 25, 2026

/s/ *David J. Linden*
DAVID J. LINDEN
Attorney for Plaintiff

Dated:  June 25, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Erin Highland*
ERIN HIGHLAND
(as authorized by email on 06/25/2026)
Special Assistant US Attorney
Attorneys for Defendant

//

//

GILBERT V. C.O.S.S., Case No. 3:25-cv-07397-TSH, STIPULATION AND ~~PROPOSED~~ ORDER RE E.A.J.A. FEESPage 2

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  June 26, 2026

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE